UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

Norman McIntosh

                Plaintiff,

v.                                         Case No.: 1:20–cv–00324
                                                      Honorable Harry D. Leinenweber

Chester Bach, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 5, 2020:

      MINUTE entry before the Honorable Harry D. Leinenweber: Plaintiff's Motion to Begin Discovery [27] is granted. The parties shall begin discovery pursuant to the Rules under this newly filed case number, serve new discovery and initial disclosures, and confer to reach agreement as much as possible to rely on prior discovery. Fact discovery shall close on 12/4/20. Additionally, each party shall compile an initial discovery report, listing any new discovery issued, and summarizing the items of previous discovery the party is hoping to use. This report shall be filed by 6/18/20, with objections to be filed by 6/25/20. The Court will subsequently rule on any objections as necessary. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.